Honorable George B. Daniels
U.S. Dist. Ct. Southern District of New York
500 Pearl Street, Rm. 1310
New York, NY 10007
Tel: (212) 805-6735

RECEIVED
SDNY PRO SE OFFICE
2018 MAR 19 AM 9:32
S.D. OF N.Y.

March 19, 2018

RE:   *Gleit v. Francois-Bodine*, No. 18-cv-00311
      Request for four-day extension to answer or otherwise respond

Dear Judge Daniels:

I am the defendant Taylor Francois-Bodine and I respectfully request a four-day extension from Monday, March 19 to Friday, March 23, 2018 to answer or otherwise respond to the plaintiff's complaint. This is the first request for an extension of this date. The plaintiff's counsel consented to this short extension. I attach his email response.

Respectfully submitted,

*Taylor Francois*

Taylor Francois-Bodine
42779 Travers Run
Leesburg, VA 20176
tfrancois16@gmail.com
Tel: 202-510-2298

cc:   Daniel Gilden, Esq., counsel for plaintiff

From: **Daniel Gildin** <dgildin@kaufmanngildin.com>
Date: Friday, March 16, 2018
Subject: Gleit v. Taylor Francois Bodine: request for four-day extension of time to answer or move
To: Taylor Francois Bodine <Taylor@francois-bodine.com>

That is fine.

**Daniel Gildin**
Kaufmann Gildin & Robbins LLP   767 Third Avenue, 30th floor   New York, N.Y. 10017
tel 212-755-3100   direct 212-705-0840   cell 917-509-1424   fax 212-755-3174
e-mail dgildin@kaufmanngildin.com

Nothing in this message should be interpreted as a digital electronic signature that can be used to authenticate a contract or other legal document. The information contained in this electronic mail transmission is privileged and confidential, subject to the attorney-client and work product privileges. It is intended only for the use of the individual or entity to whom it is addressed. If you have received this communication in error, please notify us immediately by telephone collect, purge any copies of the transmission stored in any electronic medium, and return any printed copies of the original message to us at the above address via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

From: Taylor Francois Bodine [mailto:Taylor@francois-bodine.com]
Sent: Friday, March 16, 2018 11:03 AM
To: Daniel Gildin
Subject: Gleit v. Taylor Francois Bodine: request for four-day extension of time to answer or move

Dear Mr. Gildin,

Please let me know whether you will consent to a four-day extension of my time to answer or move from Monday, March 19 to Friday, March 23.

I will grant you the courtesy of a similar four business-day extension if you like.

Sincerely,

Taylor Francois