UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL GLEIT,

                Plaintiff,

      -v-

TAYLOR FRANCOIS-BODINE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18 Civ. 311 (GBD) (KP)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

<table>
<tr><td>X</td><td>General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)</td><td>___</td><td>Consent under 28 U.S.C. §636(c) for all purposes (including trial)</td></tr>
<tr><td>___</td><td>Specific Non-Dispositive Motion/Dispute:</td><td>___</td><td>Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)</td></tr>
<tr><td></td><td>*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____</td><td></td><td>Purpose:_____</td></tr>
<tr><td>___</td><td>Settlement</td><td>___</td><td>Habeas Corpus</td></tr>
<tr><td></td><td></td><td>___</td><td>Social Security</td></tr>
<tr><td>___</td><td>Inquest After Default/Damages Hearing</td><td>X</td><td>Dispositive Motion (i.e., motion requiring a Report and Recommendation)</td></tr>
<tr><td></td><td></td><td></td><td>All such motions: X</td></tr>
</table>

Dated: New York, New York
March 20, 2018

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge