Honorable George B. Daniels
U.S. Dist. Ct. Southern District of New York
500 Pearl Street, Rm. 1310
New York, NY 10007
Tel: (212) 805-6735

March 19, 2018

RE:   *Gleit v. Francois-Bodine*, No. 18-cv-00311
      <u>Request for four-day extension to answer or otherwise respond</u>

Dear Judge Daniels:

    I am the defendant Taylor Francois-Bodine and I respectfully request a four-day extension from Monday, March 19 to Friday, March 23, 2018 to answer or otherwise respond to the plaintiff's complaint. This is the first request for an extension of this date. The plaintiff's counsel consented to this short extension. I attach his email response.

                                Respectfully submitted,

                                *Taylor Francois*

                                Taylor Francois-Bodine
                                42779 Travers Run
                                Leesburg, VA 20176
                                tfrancois16@gmail.com
                                Tel: 202-510-2298

cc:   Daniel Gilden, Esq., counsel for plaintiff

                                SO ORDERED:

                                *George B. Daniel*
                                George B. Daniels, U.S.D.J.
                                Dated: MAR 2 0 2018