USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAUL GLEIT,

                                    Plaintiff,

                  -against-

TAYLOR FRANCOIS-BODINE
d/b/a FRANCOIS-BODINE CONSULTING

                                Defendant.

-----------------------------------------------------------------X

1:18-cv-00311-GBD-KHP

ORDER SCHEDULING
CONFERENCE

KATHARINE H. PARKER, United States Magistrate Judge:

A case management conference will be held on **Monday, April 9, 2018 at 3:00 p.m. in Courtroom 17D,** 500 Pearl Street, New York, NY 10007. The parties shall be prepared to discuss discovery and dates for a settlement conference.

Dated: New York, New York
         March 23, 2018

                                                      SO ORDERED.

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge