UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAUL GLEIT,

         Plaintiff,

  -against-

TAYLOR FRANCOIS BODINE, *individually doing business as* FRANCOIS-BODINE CONSULTING,

         Defendant.

------------------------------------- x

ORDER

18 Civ. 311 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for April 4, 2018 at 9:30 am is canceled.

Dated: New York, New York
   March 23, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge