UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL GLEIT,

                      Plaintiff,

-against-

TAYLOR FRANCOIS-BODINE, individually and d/b/a FRANCOIS-BODINE CONSULTING,

                      Defendant.

Case No. 18-cv-00311-GBD

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

---

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendant Taylor Francois-Bodine, proceeding pro se, requests that this Court dismiss plaintiff's complaint, filed in this action on January 12, 2018, in its entirety.

Dated: March 23, 2018

                                            Taylor Francois-Bodine
                                            42779 Travers Run
                                            Leesburg, VA 20176
                                            tfrancois16@gmail.com
                                            Tel: 202-510-2298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/18