UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GLEIT,

    Plaintiff,

-against-

TAYLOR FRANCOIS-BODINE,
Individually and d/b/a FRANCOIS-BODINE
CONSULTING

    Defendant.

AFFIDAVIT OF SERVICE

Docket No.: 18-cv-00311-GBD-KHP

STATE OF NEW YORK  )
          ) ss:
COUNTY OF NEW YORK )

  I, Pamela Irizarry, being sworn, say I am not a party to this action, am over 18 years of age and reside at Spring Valley, New York. On March 29, 2018, I served the within Proposed Case Management Plan For Pro Se Case by depositing a true copy of the papers thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Services, addressed to the following:

  Taylor Francois-Bodine
  42779 Travers Run
  Leesburg, VA 20176

Sworn to before me on
March 29, 2018

_____
Notary Public

_____
Pamela Irizarry

KEVIN M. SHELLEY
NOTARY PUBLIC, State of New York
No. 02SH5010687
Qualified in Nassau County
Commission Expires April 5, 2019