```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2018
```

Hon. Katharine H. Parker
U.S. Dist. Ct. Southern District of New York
500 Pearl Street, Rm. 750
New York, NY 10007
Tel: (212) 805-0234/0235

March 27, 2018

RE:  *Gleit v. Francois-Bodine*, No. 18-cv-00311
     Request to Adjourn Case Management Conf

**MEMO ENDORSED**

Dear Judge Parker:

I am the defendant Taylor Francois-Bodine, and I respectfully request that the case management conference be re-scheduled from April 9, 2018 to any of the afternoons of April 10 (Tuesday), April 12 (Thursday), or April 13 (Friday). I live in Virginia and am not able to travel to New York on April 9. (In general, I am unable to travel on Mondays and Wednesdays.)

This is my first request for an adjournment of this conference date.

Counsel for Plaintiff Gleit consented to this request and confirmed that they are available on each of the proposed adjournment dates, subject to Your Honor's schedule and availability.

Respectfully submitted,

*Taylor Francois-Bodine*

Taylor Francois-Bodine
42779 Travers Run
Leesburg, VA 20176
tfrancois16@gmail.com
Tel: 202-510-2298

**APPLICATION GRANTED:** The Initial Pretrial Conference previously scheduled for April 9, 2018 is hereby rescheduled to <u>Thursday, April 12, 2018 at 3:00 p.m.</u>

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

03/30/2018