

**KAUFMANN GILDIN & ROBBINS LLP**
ATTORNEYS AT LAW

767 THIRD AVENUE
NEW YORK, NEW YORK 10017
TEL (212) 755-3100
FAX (212) 755-3174
WWW.KAUFMANNGILDIN.COM

Writer's Direct Dial: 212.705.0814
kshelley@kaufmanngildin.com

April 5, 2018

**Via ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York NY 10007

    Re:    *Paul Gleit v. Taylor Francois-Bodine*
            Docket No.: 18-cv-00311-GBD-KHP

Judge Parker::

    This firm represents Plaintiff Paul Gleit in the above-referenced action.

    On March 23, 2018, pro se Defendant Taylor Francois-Bodine filed a motion to dismiss the Complaint (Doc. Nos. 13 & 14). Today, we filed our client's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint, dated April 5, 2018.

    We respectfully request oral argument on Plaintiff's motion.

    We note that the initial conference is scheduled before Your Honor on April 12, 2018 at 3:00 pm.

    Thank you for your consideration of our request.

                                    Very truly yours,

                                    KAUFMANN GILDIN & ROBBINS LLP

                                    KEVIN M. SHELLEY

KMS:pji
cc:    Ms. Taylor Francois-Bodine (via email)