

**KAUFMANN GILDIN & ROBBINS LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04-06-2018

April 5, 2018

**Via ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York NY 10007

**MEMO ENDORSED**

Re:   *Paul Gleit v. Taylor Francois-Bodine*
      Docket No.: 18-cv-00311-GBD-KHP

Judge Parker::

This firm represents Plaintiff Paul Gleit in the above-referenced action.

On March 23, 2018, pro se Defendant Taylor Francois-Bodine filed a motion to dismiss the Complaint (Doc. Nos. 13 & 14). Today, we filed our client's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint, dated April 5, 2018.

We respectfully request oral argument on Plaintiff's motion.

We note that the initial conference is scheduled before Your Honor on April 12, 2018 at 3:00 pm.

Thank you for your consideration of our request.

**APPLICATION GRANTED**:

Oral argument will take place during the initial conference on 04-12-18.

Very truly yours,

KAUFMANN GILDIN & ROBBINS LLP

*/s/ Kevin M. Shelley*

KEVIN M. SHELLEY

KMS:pji
cc:   Ms. Taylor Francois-Bodine (via email)

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
04/06/2018

Doc Num 261859-V1