UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2018 APR 10 PM 12:43
S D OF N Y

PAUL GLEIT,

　　　　　　　　　　　　　　Plaintiff,

-against-

TAYLOR FRANCOIS-BODINE, individually and d/b/a FRANCOIS-BODINE CONSULTING,

　　　　　　　　　　　　　　Defendant.

Case No. 18-cv-00311-GBD-KP

**NOTICE OF PRO SE APPEARANCE**

Please take notice that I, Taylor Francois Bodine, Defendant in this action, hereby appear **Pro Se** and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

_Francois-Bodine, Taylor_
Name (Last, First)

_42779 Travers Run_　　_Leesburg_　　_VA_　　_20176_
Address　　　　　　　　City　　　　State　　Zip Code

_202-510-2298_　　　　　　_tfrancois16@gmail.com_
Telephone Number　　　　　E-mail Address

_April 10, 2018_　　　　　_Taylor Francois Bodine_
Date　　　　　　　　　　Signature

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/18