USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04-12-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAUL GLEIT,

                                         Plaintiff,                                           1:18-cv-00311-GBD-KHP

                    -against-                                                     <u>Scheduling Order</u>

TAYLOR FRANCOIS-BODINE
d/b/a FRANCOIS-BODINE CONSULTING

                                       Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On April 12, 2018 the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

       **Pleadings and Parties.** The parties may amend the pleadings or join additional parties until **June 1, 2018**.

       **Discovery.** All fact discovery shall be completed by **September 7, 2018**. The parties must file a letter with the Court by **May 25, 2018** summarizing the discovery that has been exchanged thus far.

       **Interim Discovery Deadlines.** The parties shall produce their initial disclosures and an initial set of relevant documents identified on or before **May 4, 2018**. Initial document requests and interrogatories shall be served by no later than **June 4, 2018**, and responses thereto shall be due on **July 9, 2018**. All third-party subpoenas and any final document requests,

interrogatories and requests to admit shall be served by no later than **August 1, 2018**. All depositions shall be completed by **August 27, 2018**. Interim deadlines may be adjusted by the parties without further order of the Court.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. See http://nysd.uscourts.gov/judge/Parker.

**Settlement Conference.** A settlement conference in this matter is scheduled for **Thursday, June 21, 2018 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **Thursday, June 14, 2018 by 5:00 p.m.**

Dated: New York, New York
April 12, 2018

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is respectfully requested to mail a copy of this order to the Defendant at:**

Taylor Francois-Bodine
42779 Travers Run
Leesburg, VA 20176