

767 THIRD AVENUE  
NEW YORK NEW YORK 10017  

TEL(212) 755-3100  
FAX(212) 755-3174  
WWW.KAUFMANNGILDIN.COM  

Writer's Direct Dial: 212.705.0840  
dgildin@kaufmanngildin.com

May 31, 2018

**Via ECF**  
Hon. Katharine H. Parker  
United States Magistrate Judge  
United States District Court  
500 Pearl Street, Room 750  
New York NY 10007  

    Re:    *Paul Gleit v. Taylor Francois-Bodine*  
            **Docket No.: 18-cv-00311-GBD-KHP**

Judge Parker:

      This firm represents Plaintiff Paul Gleit in the above-referenced action, in which a settlement conference has been scheduled before Your Honor on June 21, 2018. Pursuant to your Individual Practices, we are preparing and shall submit an *ex parte* settlement conference letter, which your Rules state is not to exceed three pages.

      We write to request leave to submit an *ex parte* settlement conference letter of five, rather than three, pages. While we have endeavored to keep the letter as short as possible, we think it necessary to summarize the discovery exchanged between the parties to date, which includes a Request for Admissions, a Response to Request Admissions and document productions by both sides. Indeed, a summary of the material undisputed facts, as established by the Request for Admissions, contains eleven (11) facts which, as formatted, take a full page of the letter. The letter also discusses the motion to dismiss and its determination in the Court's Report and Recommendation, dated May 18 and also summarizes the parties' prior settlement discussions, which we believe will be helpful for the Court in preparation for the settlement conference.

      In short, we believe that a slightly longer settlement conference letter will better assist the Court to prepare for and conduct the settlement conference. As a result, we respectfully ask for permission to submit a settlement letter of up to five pages in length.

      Thank you for your consideration of this request.

Very truly yours,

*s/ Kevin M. Shelley*

By: Kevin M. Shelley

DG:pji  
cc:    Ms. Taylor Francois-Bodine (via email)