USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2018

Hon. Katharine H. Parker
U.S. Dist. Ct. Southern District of New York
500 Pearl Street, Rm. 750
New York, NY 10007
Tel: (212) 805-0234/0235

June 1, 2018

RE:   *Gleit v. Francois-Bodine*, No. 18-cv-00311
      Request to Adjourn Case Management Conference

**MEMO ENDORSED**

Dear Judge Parker:

I am the defendant Taylor Francois-Bodine, and I respectfully request that I be permitted to submit an *ex parte* settlement conference letter of five, rather than three, pages in advance of the June 21, 2018 settlement conference, per Your Honor's rules and practices. The same extension was granted to Plaintiff yesterday. In my submission, I will be addressing the agreements between the parties, the legal issues, and the disputed facts in light of Your Honor's Report and Recommendation. I will also include an overview of settlement discussions. Thank you for your consideration.

Respectfully submitted,

*Taylor Francois Bodine*

Taylor Francois-Bodine
42779 Travers Run
Leesburg, VA 20176
tfrancois16@gmail.com
Tel: 202-510-2298

**APPLICATION GRANTED:** The Clerk of Court is respectfully requested to mail a copy of this endorsement to the Pro-se defendant.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/05/2018