**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL GLEIT,

                        Plaintiff,

             -against-

TAYLOR FRANCOIS-BODINE,
*individually d/b/a Francois-Bodine Consulting,*

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 311 (GBD) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 11 2018

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: July 11, 2018
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge