**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL GLEIT,

Plaintiff,

-against-

TAYLOR FRANCOIS-BODINE, Individually and
d/b/a FRANCOIS-BODINE CONSULTING

Defendant.

Docket No.: 18-cv-00311-GBD-KHP

STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE
PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, individually or through their respective counsel, as indicated below, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction in this action; that the Parties hereby submit to the jurisdiction of this Court in connection with any further proceedings arising in or from this action; and, that the Parties consent to have United States Magistrate Judge Katherine H. Parker conduct all proceedings arising in or from this action including trial, the entry final judgment, and all post-trial proceedings.

Dated:  July _18th_, 2018

KAUFMANN GILDIN & ROBBINS LLP
*Attorneys for Plaintiff Paul Gleit*

By: _____
Daniel Gildin
Kevin M. Shelley
767 Third Avenue, 30th Floor
New York, New York 10017
dgildin@kaufmanngildin.com
kshelley@kafumanngildin.com
212.755.3100

TAYLOR FRANCOIS-BODINE
*Pro Se Defendant*

_____
42179 Travers Run
Leesburg, Virginia 20176
tfrancois16@gmail.com
202.510.2298

City/County of _Loudoun_
Commonwealth of Virginia
The foregoing instrument was acknowledged
before me this _07 / 18 / 2018_ by

_Taylor Francois-Bodine_

_Ana G. Vallarino_   Notary Public

A-1

**Ana E. Vallarino**
Notary Public
Commonwealth of Virginia
Notary Registration Number: 7542040
My commission expires: May 31, 2021

Doc Num 265320-V1