<u>EXHIBIT A</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GLEIT,<br><br>              Plaintiff,<br><br>-against-<br><br>TAYLOR FRANCOIS-BODINE, Individually and d/b/a FRANCOIS-BODINE CONSULTING<br><br>              Defendant. | Docket No.: 18-cv-00311-GBD-KHP<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

      IT IS HEREBY STIPULATED AND AGREED by and between the Parties, individually or through their respective counsel, as indicated below, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction in this action; that the Parties hereby submit to the jurisdiction of this Court in connection with any further proceedings arising in or from this action; and, that the Parties consent to have United States Magistrate Judge Katherine H. Parker conduct all proceedings arising in or from this action including trial, the entry final judgment, and all post-trial proceedings.

Dated:    July 18th, 2018

| | |
|---|---|
| KAUFMANN GILDIN & ROBBINS LLP<br>*Attorneys for Plaintiff Paul Gleit*<br><br>By: _____<br>Daniel Gildin<br>Kevin M. Shelley<br>767 Third Avenue, 30th Floor<br>New York, New York 10017<br>dgildin@kaufmanngildin.com<br>kshelley@kafumanngildin.com<br>212.755.3100 | TAYLOR FRANCOIS-BODINE<br>*Pro Se Defendant*<br><br>_____<br>42779 Travers Run<br>Leesburg, Virginia 20176<br>tfrancois16@gmail.com<br>202.510.2298 |

City/County of Loudoun
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 07/18/2018 by
Taylor Francois-Bodine
_____ Ana E. Vallarino
Notary Public

Ana E. Vallarino
Notary Public
Commonwealth of Virginia
Notary Registration Number: 7542040
My commission expires: May 31, 2021

A-1

Doc Num 265320-V1